AO 91
Rev. 11/97

# CRIMINAL COMPLAINT

☐ ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**TERRY W. CHAMBLISS** | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**10-1745M** |

Complaint for violation of Title 18, United States Code, Sections 2261A(2)(A); 2261A(2)(B); 2261(b)(5)

| NAME OF MAGISTRATE JUDGE<br><br>RALPH ZAREFSKY | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br><br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br>Beginning on or about February 20, 2010, and continuing through on or about May 6, 2010 | PLACE OF OFFENSE<br><br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

FILED
CLERK, U.S. DISTRICT COURT
JUL 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

LODGED
2010 JUL 16 AM 10: 49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**SEE ATTACHMENT**

## BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Jesse Rangel<br>United States Secret Service |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br><br>July 16, 2010 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

Ausa: Ronald L. Cheng:smc          REC: Detention (Warrant)

COUNT ONE
[18 U.S.C. §§ 2261A(2)(A) and 2261(b)(5)]

Beginning on or about February 20, 2010, and continuing through on or about May 6, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant TERRY W. CHAMBLISS, while outside of the State of California and with the intent to harass and to cause substantial emotional distress to a person (the "Individual") in another state, namely California, used facilities of interstate commerce, including cellular telephone networks, electronic mail ("e-mail"), interstate wires, and the Internet, to engage in a course of conduct that caused substantial emotional distress to the Individual.

COUNT TWO
[18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5)]

Beginning on or about February 20, 2010, and continuing through on or about May 6, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant TERRY W. CHAMBLISS, while outside of the State of California and with the intent place a person (the "Individual") in another state, namely California, in reasonable fear of death and serious bodily injury to the Individual and a member of the immediate family of the Individual, used facilities of interstate commerce, including cellular telephone networks, electronic mail ("e-mail"), interstate wires, and the Internet, to engage in a course of conduct that caused reasonable fear of death and serious bodily injury to the Individual and a member of the immediate family of the Individual.

**TABLE OF CONTENTS**

| DESCRIPTION | PAGE |
|---|---|
| I.   INTRODUCTION | 1 |
| II.  THE SUBJECT PREMISES | 3 |
| III. RELEVANT LEGAL STATUTES | 4 |
| IV.  BACKGROUND AND DEFINITIONS | 5 |
| V.   SUMMARY OF THE INVESTIGATION | 7 |
| VI.  PROBABLE CAUSE STATEMENT | 9 |
| VII. CONCLUSION | 23 |
| EXHIBIT 1 | 24 |

i

**AFFIDAVIT**

I, Jesse Rangel, being duly sworn, do hereby depose and state:

## I.     INTRODUCTION

1.    I am a Special Agent ("SA") with the Department of Homeland Security, United States Secret Service ("USSS"), and have been so employed since July 2009.  Currently, I am assigned to the Los Angeles Field Office Electronic Crimes Task Force (LAECTF), where I am responsible for enforcing federal criminal violations relating to the use of computers and the internet.  I hold a Bachelor of Science degree in Computer Science from California State University of Bakersfield, which focuses in software engineering, networks and operating systems, computer architecture and circuit design, intelligent systems, information management, graphics, and algorithms and complexity. I also have worked as a Consultant for a Microsoft Accounting Software reseller where I installed, configured, customized, and maintained software applications used to house vital business accounting information.  In 2008, I graduated from the Los Angeles Police Department Training Academy where I received over 600 hours of law enforcement training.  I was employed with the LAPD for approximately one year, assigned as a Patrol Officer in Van Nuys, California.

2.    I am a graduate of the Criminal Investigators Training
Program conducted at the Federal Law Enforcement Training Center
in Glynco, Georgia, as well as the USSS Special Agent Training
Course in Beltsville, Maryland where I received extensive law
enforcement training.   I am a graduate of the USSS 40 hour
training course Basic Investigation of Computer and Electronic
Crimes Program (BICEP) which focuses on computer hardware,
operating systems, cellular telephones, PDAs, networking
fundamentals, legal issues, and search and seizure.

3.    This Affidavit is in support of a criminal complaint
and arrest warrant for TERRY W. CHAMBLISS, for violations of
Title 18, United States Code, Section 2261A(2)(A) and (B)(i)
(Stalking).   It is believed that CHAMBLISS is currently residing
at the 4737 West Montana Street, Chicago, Illinois (the "**SUBJECT
PREMISES**").

4.    The facts set forth below are based upon (1) my own
personal observations, (2) reports and information provided to
me by other government agencies; (3) other documents obtained
during the course of the investigation.   This affidavit does not
purport to set forth all of my knowledge of, or investigation
into, this matter.   Where conversations and events are referred
to herein, they are related in substance and in part.   Where
figures and calculations are set forth herein, they are

2

approximate.  This affidavit sets forth only the facts I believe

are necessary to establish probable cause for a search warrant.

## II.    THE SUBJECT PREMISES

5.    The following is a description of the **SUBJECT**

**PREMISES**:

The residence, 4737 West Montana Street, is physically located

in the City of Chicago, Cook County, Illinois.  It is a tri-

level dwelling, located on the south side of West Montana

Street.  The residence is made of red brick and has a brown

front door behind a white storm door, which faces north.  The

numbers "4737" are attached to the front door and are visible

from the street.  The residence is surrounded by a black

wrought-iron fence, which has three silver mailboxes mounted to

the fence just to the east of the main security gate.  The

residence has a second security gate located on the northeast

corner of the fence, which leads to the east side of the

residence.  The residence has a detached garage located on the

south side of the property and has a white garage door.  The

garage door has the numbers "4737" attached to it.  The rear of

the residence is surrounded by a chain-link fence with green

slat inserts.  A photograph of the street view of the residence

is attached as Exhibit 1 to this affidavit.

//

3

## III. **RELEVANT LEGAL STATUTES**

6.    Title 18, United States Code, Section 2261A(2)(A) and (B)(i) provide:

Whoever--

. . .

(2) with the intent--

>    (A)   to kill, injure, harass, or place under surveillance with intent to kill, injure, harass, or intimidate, or cause substantial emotional distress to a person in another State or tribal jurisdiction or within the special maritime and territorial jurisdiction of the United States; or

>    (B) to place a person in another State or tribal jurisdiction, or within the special maritime and territorial jurisdiction of the United States, in reasonable fear of the death of, or serious bodily injury to--

>    (i) that person;

>    (ii) a member of the immediate family (as defined in section 115 [)] of that person; or

>    (iii) a spouse or intimate partner of that person;

uses the mail, any interactive computer service, or any facility of interstate or foreign commerce to engage in a course of conduct that causes substantial emotional distress to that person or places that person in reasonable fear of the death of, or serious bodily injury to, any of the persons described . . . .

shall be guilty of an offense.

//

4

## IV.   BACKGROUND AND DEFINITIONS

8.   Based on my training and experience, I am familiar with the following terms:

a.   The Internet.  The internet is a collection of computers and computer networks, which are connected to one another for the purpose of sharing information.  Connections between internet computers exist across state and international borders and information sent between computers connected to the internet may cross state and international borders, even if those computers are in the same state.

b.   Internet Service Provider ("ISP").  An internet Service Provider ("ISP") is a commercial business that offers internet access to its subscribers through telephone or other telecommunications lines; ISPs may also provide internet electronic mail ("e-mail") accounts.  ISPs maintain records pertaining to the individuals or companies that have subscriber accounts with it.  Those records could include identifying and billing information, account access information in the form of log files, e-mail transaction information, posting information, account application information, customer service information and other information both in computer data format and in written record format.

5

c.   Internet Protocol ("IP") Address.  An internet Protocol address, or IP address, is a unique numeric address used by computers on the internet.  An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the internet must be assigned an IP address so that internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  In this respect, an IP address acts much like a home or business street address, as it enables internet sites to properly route traffic to each other.  The assignment of IP addresses to computers connected to the internet is controlled by ISPs.  There are two types of IP addresses, dynamic and static.  A static IP address is one that is permanently assigned to a given computer on a network.  With dynamic IP addressing, however, each time a computer establishes an internet connection, that computer is assigned a different IP address.  For example, each time a Verizon customer with a dynamic IP address connects to the Verizon network and establishes an internet connection, he or she is randomly assigned an IP address from the block of IP addresses controlled by Verizon.  When the customer ends the session, the temporarily assigned IP address is placed back into the pool of IP addresses available for temporary assignment to other Verizon subscribers.

6

Customers using broadband internet services are typically assigned IP addresses that are technically dynamic, but which may remain unchanged for longer, but not indefinite, periods of time (e.g., one week).

     d.   <u>Computer log file</u>.  A file containing details of activities occurring in a system.  For example, a log file may contain entries that detail any attempted accesses to a password file.

     e.   <u>Email access log file.</u>  A file containing details of user access and activities on a mail server.

     f.   <u>Publicly Available Search.</u> A search of a website(s) readily available to the general public via the internet (i.e. www.samspade.com, www.dnsstuff.com).

     g.   <u>Instant Messenger/Instant Messaging</u>:   Instant Messenger/Instant Messaging ("IM") is a free online service, offered by certain ISPs, that allows users to communicate through text and/or web cameras in real time.

**V.**    **SUMMARY OF THE INVESTIGATION**

    9.   This investigation started when I received a phone call from an individual (the "Individual") on May 7, 2010.  The Individual stated that TERRY CHAMBLISS, who was a former boyfriend, had been stalking her and attempted to take over her hosting account "Jaysmine," which she hosts her website

7

www.Jaysmineonline.com.  The Individual provided me with screen shots and copies of the emails, Instant Messages, and text messages that were used to harass and threaten her.

    a.    I obtained a telephone voice recording of CHAMBLISS from StartLogic, the Individual's hosting service, in which CHAMBLISS attempted to gain control of the Individual's account "Jaysmine."

    b.    Based on information from the Individual that someone using the email address hidanihershman@hotmail.com had sent two emails, one of which personally threatened the Individual, I discovered the email address ultimately came back to **IP 24.7.202.153**, for whom the registrant was **William English**, address of 4737 W. Montana St., Chicago, IL 60639.  A query of this address shows Terry and Alison Chambliss, and William and Hilda English, as residents.  Terry and Alison Chambliss are married and William English is TERRY CHAMBLISS' father-in-law.

    c.    A person from that same IP address (24.7.202.153) created a profile on www.AdultFriendFinder.com and www.Letsbang.com pretending to be the Individual, soliciting sex, and sending persons to the Individual's residence in Los Angeles.

    d.    Someone with the username SEXYSIXTYNINING had an IM conversation with the Individual at first pretending to be

someone who had mistakenly seen her profile online, but then
threatening the Individual, "I told you if he died, I was going
to fuck you up." When the Individual asked the user if that was
a death threat, the user responded, "Not on you. Might want to
keep an eye on your mom when she walks the German Sheppard over
on Vestone Way."

      e.   I discovered that someone from the IP address
24.7.202.153 with the MySpace user name of "Intellectual
Perceptions" had an IM conversation on www.MySpace.com with
someone using the user name "Imir" soliciting the murder of two
to three persons in Los Angeles. The conversation continues
with the discussion of financial terms and a brief history of a
brotherhood called "Krov."

## VI.   PROBABLE CAUSE STATEMENT

     10.   On May 7, 2010, I received a phone call from an
individual (the "Individual"), who stated that she was being
"stalked" by her ex-boyfriend Terry Chambliss. The Individual
said that Terry was living in Chicago, Illinois and was stalking
her via the internet.

     11.   On May 11, 2010, USSS SA Vincent Seymour and I
interviewed the Individual and her mother at the Individual's
residence in Los Angeles. The Individual stated the following:

a.    The Individual has known her ex-boyfriend, Terry Chambliss since 2003.  Chambliss and the Individual used to communicate with each other by IM over the Internet.  The two began dating when she turned 18 years old.  The Individual broke up with Chambliss on February 20, 2010, and since then he was sending her obscene messages via IM, Phone Text, and email under the identity of someone else.  The Individual had to change her cell phone number twice and was contemplating moving because she was in fear for her life.  The Individual said that she filed two separate police reports with the Los Angeles Police Department, West L.A. Division, for "Identity Theft" and "Harassing Phone Calls."

b.    Chambliss had sent the Individual two emails from the email address of hidanihershman@hotmail.com.  The first email was a slanderous email to her friends and family about the Individual's past sexual activity, and the second email was a threat against the Individual's personal well-being.

c.    Chambliss had created user accounts on www.Letsbang.com and www.AdultFriendFinder.com pretending to be her.  Chambliss uploaded nude photographs of her to www.Letsbang.com and was actively soliciting persons for sex and sending them to the Individual's residence in Los Angeles.  The Individual found out about the nude photos only when someone

10

with the user name SEXYSIXTYNINING, who she later believed to be
Chambliss, instant-messaged her and asked if she wanted to have
sex. The Individual's mother began receiving phone calls from
unknown persons who had seen the Individual's profile and wanted
to have sex. People were showing up to the Individual's
apartment and her mother's home wanting to have sex, based on
having seen her fictitious profile on www.Letsbang.com and
www.AdultFriendFinder.com.

       d.   The Individual said that she logged into email
address thesagesstuff@gmail.com, an email address that the
Individual and Chambliss shared, and found that there were
emails from MySpace.com with links to a message conversation.
The Individual clicked on the message links which directed her
to the MySpace conversation where Chambliss, under the user name
of "Intellectual Perceptions," was soliciting the murder of
persons located in Los Angeles, CA. The Individual believed the
murders were intended for her and her mother.

       e.   Chambliss has his own Information Technology (IT)
Consultant business in Chicago, Illinois. The Individual
believed that Chambliss may have remote access to her laptop,
and for that reason she stopped using it.

       f.   The Individual has an online website called
www.Jaysmineonline.com, which is hosted by a company called

11

StartLogic.  The Individual used this website as a source of revenue.  On May 3, 2010, Chambliss called StartLogic and took over her hosting account by providing personal information about the Individual.  The Individual called StartLogic on that same day and regained access to her account.  The Individual also told StartLogic personnel that Chambliss was not to access her account.  The Individual specifically told Chambliss on February 20, 2010, the day on which they broke up, that Chambliss was not to access her hosting account and that she was going to take him off as the billing party.  According to the Individual, Chambliss happily agreed and stated that he should not be paying for her hosting account if they were not together.  As a result of Chambliss taking over her StartLogic account she suffered a financial loss of approximately $3,000.00.

g.  The Individual stated numerous times that she and her mother were in fear for their lives and were contemplating moving the Individual out of her residence.  I followed up with the Individual on June 3, 2010, to determine if she has been contacted in any way from Terry Chambliss, and the Individual stated that all communications from Chambliss or anyone related to him has since ceased.

12.   At the conclusion of the interview the Individual gave me a manila folder that contained numerous documents.  These documents were:

a.   Two emails sent by hidanihershman@hotmail.com,

b.   Two printouts of IM conversations with SEXYSIXTYNINING,

c.   A printout of an IM conversation with "phoenix372",

d.   A printout of a Text Message from phone number (773)512-8628,

e.   Screen shots of the accounts that were created on www.AdultFriendFinder.com and www.LetsBang.com,

f.   Screen shots of a conversation that took place on www.MySpace.com regarding the solicitation of a murder with the victim living somewhere in Los Angeles, CA by someone with user name "Intellectual Perceptions", and

g.   A photograph of Chambliss.

13.   On May 12, 2010, I obtained from StartLogic the following information:

- Customer Name:       [First and last names of the Individual]

- Business Name:       Jaysmine Online

- Company Address:     [address of the Individual]

13

- Billing Name:        [First and last names of the
                       Individual]

- Security Contact:    [First and last names of the
                       Individual]

- Role:                Owner

- Email:               [Email address for the Individual]

  Created On:          2/17/2009

14.  StartLogic also provided a telephone voice recording
dated May 3, 2010, in which a person, who later identified
himself as Terry Chambliss, attempted to gain access to account
"Jaysmine" by having the customer service agent send him the
password to email address admin@windycitygrotto.org.

a.    The agent asked Chambliss to answer the security
question for the account, which he attempted to answer, but did
so incorrectly.  Chambliss said that he did not know what the
security answer was and that he should be handling the technical
issues on the "Jaysmine" account.

b.    The agent replied that if Chambliss would like
access to the account he would need to fax over a copy of his
government identification to the billing specialist at
StartLogic, and then the login information would be sent to his
email address.

14

c.   Chambliss asked a few follow up questions and obtained the StartLogic billing fax number.

15.   StartLogic also provided a customer service log for the Individual's account "Jaysmine," which listed the agent's actions and questions asked by Terry Chambliss as heard in the telephone voice recording.

16.   The printouts of the two emails that the Individual provided to me had the email address of hidanihershman@hotmail.com.  The Originating IP address was 24.7.202.153.

a.   One of the two emails, which was dated on May 5, 2010, was addressed to the Individual's friends and family.  In the email the sender stated "I am writing this email to show you who and what [first and last names of the Individual] really is and expose her for the home wrecking life destroying cheating hore [sic] she is."  The sender then described the sexual activities of the Individual throughout the remainder of the email.

b.   The second email from originating IP address 24.7.202.153, which was dated on March 26, 2010, was specifically addressed to an email address that belonged to the Individual.  In this email, the sender stated, "if he dies over you help me god your life will become a living hell."  The

15

sender later stated, "if you think we are fucking with you I swear to god bitch hell will be a vacation compared to what we will put you through." The email ends with the sender saying "fine then you little bitch im about to fuck with your entire world."

17. On May 26, 2010, I received from Comcast Cable Communications the following information regarding IP address 24.7.202.153:

- Subscriber Name:    Willam English
- Service Address:    4737 W Montana St, Chicago IL 60639
- Telephone #:        773-342-6097, 773-463-6606
- Account Number:     XXXXXXXXXXXX8458
- Account Status:     Active
- Connect Date:       6/7/2004
- Current IP Address: **24.7.202.153** as of 5/24/2010

18. On May 27, 2010, I searched law enforcement databases for address **4737 W Montana St, Chicago IL 60639**. The search results listed the following individuals as tenants:

- William English
- Terry W Chambliss
- Alison H Chambliss

16

- Hilda P English

William English is the name associated with the Comcast account
IP address of 24.7.202.153.  TERRY W. CHAMBLISS is the
Individual's ex-boyfriend.

   19.  On June 4, 2010, I received from Hotmail.com the
following account information for hidanihershman@hotmail.com:

- Name:              Hidani Hershmann
- State:             California
- Zip:               90210
- Timezone:          America/Chicago
- Registered from IP:   **24.7.202.153**
- Date Registered:   3/26/2010 6:53:15 PM

As described above, the email address hidanihershman@hotmail.com
was used to send two emails, the first being a slanderous email
to the Individual's friends and family, and the second was a
threatening email sent specifically to the Individual.

   20. On June 9, 2010, I received the following information
from www.Fling.com regarding user account "hidanihershman" on
www.Letsbang.com:

- Display Name:      hidanihershman
- Email:             hidanihershman@hotmail.com
- Join Date:         4/4/2010

17

- IP Address:          **24.7.202.153**

- Last Login:          US, IL Chicago

Based on my review of www.Letsbang.com, it is apparent that the main purpose of the website is for persons to exchange information and arrange to meet for sexual activity.

The website www.Letsbang.com contained one of the two profiles that falsely purported to be the Individual and was created to solicit sex. Also, a nude photo of the Individual was uploaded to this website under the profile name "hidanihershman."

  a.   I also received a chat log of the conversations that the user of this account had with other members of the website from April 9 to 27, 2010. In the chat log a person pretending to be the Individual solicited sex from other members. This person asked other members, "Do you live near UCLA?" If the other member responded in the affirmative, the account owner stated, "I sit near the coffee bean on Veteran and Santa Monica Blvd. I catch a bus to school in the mornings. If you get there before I catch the bus maybe we can get something to drink."

  b.   According to the Individual, the Coffee Bean location listed above was incorrect, but the store was near where the Individual would stop to get coffee before school and board the bus on Veteran and Ohio Blvd.

18

c.    In the chat log, the account owner, pretending to be the Individual, also gave the Individual's home address and phone numbers to persons who were solicited for sex.    The account owner did this numerous times since the creation of the account.    Nude photographs of the Individual having sex with an unidentified person were also uploaded to this website under the account in question.

21.    An Instant Message document that the Individual gave to me at the conclusion of the interview on May 11, 2010, detailed a conversation between a person, with user name SEXYSIXTYNINING, and the Individual, with user name JAYSMYNE.

a.    In the conversation, which is dated April 25, 2010, SEXYSIXTYNINING pretended to be someone who came across her user profile on www.LetsBang.com and wants to "hit a motel." The conversation continued with the Individual eventually asking SEXYSIXTYNINING if he was Terry Chambliss.    SEXYSIXTYNINING denied the allegations but stated, "Nope, Not Terry, or Allison, or his pappy, but Im still going to fuck you up anyway."

b.    Further in the conversation, SEXYSIXTYNINING stated, "an eye for an eye," and the Individual responded, "is that a death threat?"    SEXYSIXTYNINING stated, "Not on you. Might want to keep an eye on your mom when she walks the German Sheppard over on Vestone Way."

19

c.   SEXYSIXTYNINING later mentioned to the Individual that he was going to upload photos to www.LetsBang.com, and when he did so, he asked the Individual to take a look at her profile to view the pictures.

22.   A second Instant Message document that the Individual gave to me at the conclusion of the interview on May 11, 2010, detailed another conversation between SEXYSIXTYNINING and the Individual, which is also dated April 25, 2010, in which SEXYSIXTYNINING stated, "and if he dies, so will you."  The conversation concluded with SEXYSIXTYNINING saying "might be your last night here real soon."

23.   On June 9, 2010, I received the following information from www.MySpace.com with regard to user account "Intellectual Perceptions", user ID 524682563, and user account "Imir", user ID 410080626:

- User #:         524682563
- Name:           Intellectual Perceptions
- Postal Code:    60639
- Email:          thesagesstuff@gmail.com
- Sign up IP:     **24.7.202.153**
- Sign up Date:   2010-02-27 08:51:00 PM

20

a.   I also received a message chat log between MySpace users "Intellectual Perceptions," and "Imir."  The conversation took place between March 27 and April 15, 2010.  In the conversation, "Intellectual Perceptions" solicited the murder of two to three persons.  The conversation began with "Intellectual Perceptions" stating, "Job in Los Angeles. If I can come up with 5K, I have a job in mind if you are interested, leave them where they drop, I want the effect. Interested? Any discounts on couples?"  The rest of the conversation was a discussion of financial terms, and a brief history of a brotherhood named "Krov."

24. On June 10, 2010, I received from the www.AdultFriendFinder.com website the following information regarding user account "JaysmineHershman."

- Date Registered:      4/6/2010
- Email Address:        hidanihershman@hotmail.com
- Last Login IP:        **24.7.202.153**
- GEOIP Location:       Chicago, Illnois, US
- Login:                JaysmineHershman

Based on my review of www.AdultFriendFinder.com, it is apparent that the main purpose of the website is for persons to exchange information and arrange to meet for sexual activity.

21

The website www.AdultFriendFinder.com contained one of the two profiles that falsely purported to be the Individual and was created to solicit sex. Pictures of the Individual were uploaded to this website under the profile name "JaysmineHershman."

25.   Email address phoenix372@yahoo.com was registered to Terry Chambliss and was the primary email address used to communicate with the Individual since the beginning of their friendship.  I also received from Yahoo.com a log sheet of the IP addresses used to access this email address.  IP address 24.7.202.153, which matched the suspect IP address, was the primary address used to access Chambliss' email account from February 12 to June 12, 2010.  On June 28, 2010, I received from Yahoo.com the following information regarding email address phoenix372@yahoo.com:

- Login Name:          phoenix372
- Account Created:     Sat May 29 23:14:16 1999 GMT
- Yahoo Mail Name:     phoenix372@yahoo.com
- Full Name:           Mr. Terry Chambliss
- Zip/Postal Code:     60639
- Account Status:      Active

22

## VII. CONCLUSION

26. Based upon the foregoing, I believe that there is probable cause to issue a complaint and arrest warrant for TERRY W. CHAMBLISS for violations of Title 18, United States Code, Section 2261A(2)(A) and (B)(i) (Stalking).

Jesse Rangel
Special Agent,
United States Secret Service

Subscribed and sworn to
me on July __16__, 2010.

HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

23

**EXHIBIT 1**

**SUBJECT PREMISES**

