UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2010 Grand Jury

| UNITED STATES OF AMERICA, | ) CR No. 10-0910 |
|---|---|
| Plaintiff, | ) |
| | ) **I N D I C T M E N T** |
| v. | ) |
| | ) [18 U.S.C. §§ 2261A(2)(A) and |
| TERRY WALTER CHAMBLISS, | ) 2261(b)(5): Stalking] |
| | ) |
| Defendant. | ) |

The Grand Jury charges:

[18 U.S.C. §§ 2261A(2)(A) and 2261(b)(5)]

1. Between on or about March 26, 2010, and on or about May 5, 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant TERRY WALTER CHAMBLISS ("defendant CHAMBLISS"), while outside of the State of California and with the intent to harass and to cause substantial emotional distress to a person, identified herein as "D.H.," in another state, namely California, used facilities of interstate commerce, including cellular telephone networks, electronic mail ("e-mail"), interstate wires, and the Internet, to engage in a

///

WLH:rlc

course of conduct, described in paragraph 2 below, that caused substantial emotional distress to D.H.

DESCRIPTION OF COURSE OF CONDUCT

2. Defendant CHAMBLISS' course of conduct included, among other things, the following:

a. On or about March 26, 2010, defendant CHAMBLISS, using a Hotmail e-mail address that included D.H.'s nickname and last name (the "Hotmail address"), sent D.H. an e-mail that included the following statements:

i. "if he dies over you help me god your life will become a living hell."

ii. "if you think we are fucking with you I swear to god bitch hell will be a vacation compared to what we will put you through."

iii. "fine then you little bitch im [sic] about to fuck with your entire world."

b. Between on or about March 27, 2010, and on or about April 15, 2010, defendant CHAMBLISS, using the name "Intellectual Perceptions," corresponded on MySpace by Internet Messaging with an individual and stated, "Job in Los Angeles. If I can come up with 5K, I have a job in mind if you are interested, leave them where they drop, I want the effect. Interested?  Any discounts on couples?"

c. On or about April 4, 2010, defendant CHAMBLISS used the Internet to create a profile on www.Letsbang.com in a name that included the surname of D.H. (the "Letsbang page"). The Letsbang page contained, among other things, the following items:

    i. Nude photographs of D.H. having sex with an unidentified person.

    ii. A statement purportedly by D.H. describing sexual activity with her former employer, which included the following: (1) "A relationship is not what Im [sic] looking for, so for right now I am more looking probably for some revenge nailing, or someone, or some group to make me forget about him. If you think you can rock my world, show me what you got!" and (2) "I am totally into voeyerism [sic], so you have to be willing to do me on camera! I don't like stalkers, but if you meet me in public, drop by and say hi!"

  d. Between on or about April 9 and 27, 2010, defendant CHAMBLISS used the profile for the Letsbang page to engage in Internet chats to solicit sexual activity from other members. In the chats, defendant CHAMBLISS stated the following:

    i. Described a store location near where D.H. caught a bus in the mornings and suggested, "If you get there before I catch the bus maybe we can get something to drink."

    ii. Provided D.H.'s home address and telephone numbers to persons who were solicited for sexual activity.

  e. On or about April 6, 2010, defendant CHAMBLISS used the Internet to create a profile on www.AdultFriendFinder.com in a name that included the surname of D.H. (the "AdultFriendFinder page"). The AdultFriendFinder page contained, among other things, the following items:

    i. A photograph of D.H.

    ii. A statement purportedly by D.H., which included a description of a terminated relationship with a

3

married man and D.H.'s interest in the following partners: "Men, Women, Couples (man and woman), Groups. Couples (2 women), Couples (2 men) or TS/TV/TG for 1-on-1 sex or Group sex (3 or more!)."

      f.   On or about April 25, 2010, defendant CHAMBLISS, using the user name "SEXYSIXTYNINING," corresponded with D.H. by an Instant Messaging service. Defendant CHAMBLISS denied he was CHAMBLISS and stated, "Nope, Not Terry, or Allison, or his pappy, but Im [sic] still going to fuck you up anyway." In the course of the conversation, defendant CHAMBLISS stated, "an eye for an eye." When D.H. responded, "is that a death threat?", defendant CHAMBLISS responded, "Not on you. Might want to keep an eye on your mom when she walks the German Sheppard over on" a street located near the residence of D.H.'s mother.

      g.   On or about April 25, 2010, defendant CHAMBLISS, using the user name "SEXYSIXTYNINING," corresponded with D.H. by an Instant Messaging service. In the course of the conversation, defendant CHAMBLISS stated, "and if he dies, so will you." and "might be your last night here real soon."

      h.   On or about May 3, 2010, defendant CHAMBLISS contacted an Internet service provider, StartLogic, and sought to obtain the password for D.H.'s account at StartLogic.

///
///

1          i.  On or about May 5, 2010, defendant CHAMBLISS, using the Hotmail address, sent an email to the friends and family of D.H. that included the following statement:  "I am writing this email to show you who and what [D.H.] really is and expose her for the home wrecking life destroying cheating hore [sic] she is."

                                                A TRUE BILL

                                                /S/

                                                Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual Property Crimes Section

RONALD L. CHENG
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section